**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| KAY KIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:09-cv-829-DFH-JMS |
| | ) | |
| GEORGE F. PARKER, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Entry Discussing Motion to Dismiss of George F. Parker, M.D.

Kay Kim is a defendant in four criminal prosecutions in Marion County. Those cases are pending. George F. Parker, M.D. ("Dr. Parker") is a psychiatrist. Dr. Parker was appointed by the court in which those cases are pending to conduct a competency examination of Kim. Dr. Parker evaluated Kim and on May 26, 2009, forwarded a written report of his evaluation to the court. This lawsuit against Dr. Parker and others was filed five weeks later.

Dr. Parker has filed a motion to dismiss, arguing that the complaint fails to state a claim upon which relief can be granted as to him.

The purpose of a motion to dismiss pursuant to Rule 12(b)(6) is to test the legal sufficiency of a complaint, not the factual sufficiency. *Szabo v. Bridgeport Mach., Inc.,* 249 F.3d 672, 675-76 (7th Cir. 2001). A complaint is sufficient only to the extent that it "'contain[s] either direct or inferential allegations respecting all the material elements necessary to sustain recovery under some viable legal theory.'" *Bell Atl. Corp. v. Twombly,* 127 S. Ct. 1955, 1969 (2007) (quoting *Car Carriers, Inc. v. Ford Motor Co.,* 745 F.2d 1101, 1106 (7th Cir. 1984)). In addition, "a plaintiff can plead himself out of court by alleging facts that show there is no viable claim." *Pugh v. Tribune Co.,* 521 F.3d 686, 699 (7th Cir. 2008).

Here, Dr. Parker's role is made perfectly clear in the complaint. His absolute immunity from a claim for damages–co-extensive with that of a judge in appointing such an expert–is equally clear. *Duzynski v. Nosal,* 324 F.2d 924 (7th Cir. 1963); *Bartlett v. Weimer,* 268 F.2d 860, 862 (7th Cir. 1959).

For the reasons explained above, therefore, Dr. Parker's motion to dismiss (dkt 15) is **granted.**

No partial final judgment shall issue at this time as to the claims resolved in this Entry.

So ordered.

_David F. Hamilton_

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Date: August 24, 2009

Distribution:

Kay Kim
4250 Village Parkway
Unit 2
Indianapolis, IN 46254

Elizabeth Ann Schuerman
TABBERT HAHN EARNET& WEDDLE LLP
lschuerman@tabberthahn.com

Robert G. Weddle
TABBERT HAHN EARNET& WEDDLE LLP
rweddle@tabberthahn.com

Corinne T.W. Gilchrist
OFFICE OF THE INDIANA ATTORNEY GENERAL
corinne.gilchrist@atg.in.gov

Jennifer Marie Johnson
ICE MILLER LLP
jennifer.johnson@icemiller.com

David J. Mallon JR
ICE MILLER LLP
mallon@icemiller.com